# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.  Cr. No. H-22-495

**JOSEPH TERRELL GOODY**

## DEFENDANT'S NOTICE OF APPEAL

The defendant, Joseph Terrell Goody, through his attorney, the Federal Public Defender, hereby appeals from the judgment of conviction and sentence imposed on September 28, 2023, in the above styled matter to the United States Court of Appeals for the Fifth Circuit.

    Respectfully submitted,

    MARJORIE A. MEYERS
    Federal Public Defender
    Southern District of Texas No. 3233
    Texas State Bar No. 14003750

    By /s/ Philip G. Gallagher
    PHILIP G. GALLAGHER
    Assistant Federal Public Defender
    Attorney in Charge
    New Jersey State Bar ID No. 2320341
    Southern District of Texas No. 566458
    Attorneys for Defendant
    440 Louisiana, Suite 1350
    Houston, Texas 77002-1056
        Telephone:   713.718.4600
        Fax:               713.718.4610

## **CERTIFICATE OF SERVICE**

I certify that on September 28, 2023, a copy of the Notice of Appeal was served by Notification of Electronic Filing to the office of the United States Attorney at 1000 Louisiana Street, Suite 2300, Houston, Texas 77002.

s/ Philip G. Gallagher
PHILIP G. GALLAGHER
